# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**JIMMY JAMES**                                                  **PLAINTIFF**

**V.**                **CASE NO. 3:19-cv-42-KGB-BD**

**POTTER,** *et al.*                                        **DEFENDANTS**

## ORDER

Plaintiff Jimmy James has filed a motion to extend time to submit his jail account information sheet, explaining that the administrator at the Craighead County Detention Center (Detention Center) has not timely filled out and returned his sheet. (Docket entry #3) The motion for an extension of time (#3) is GRANTED.

The Clerk is directed to enclose a jail account information sheet along with a copy of this order and send it to Mr. James and the jail administrator of the Detention Center. **The jail administrator must complete the jail account information sheet and return it to Mr. James so that he may submit it to the Court within 30 days of this order**.

IT IS SO ORDERED, this 27th day of March, 2019.

                                                              _____
                                                              UNITED STATES MAGISTRATE JUDGE