IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JIMMY JAMES**                                                                 **PLAINTIFF**

**v.**                        **Case No. 3:19-cv-00042-KGB-BD**

**POTTER,** *et al.*                                            **DEFENDANTS**

**<u>JUDGMENT</u>**

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Jimmy James' complaint is dismissed without prejudice.

So adjudged this the 10th day of February, 2020.

                                                                                             Kristine G. Baker
                                                                                             United States District Judge